IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYAN J. SHINE,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **NO. 23-1952** |
| v. | : | |
| | : | |
| **COUNTY OF MONTGOMERY,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this 15th day of July, 2024, upon consideration of **(1)** the Motion to Dismiss the Amended Complaint by Defendants the County of Montgomery and John/Jane Doe correctional officers from the Montgomery County Correctional Facility (collectively, "Montgomery County Defendants") (Doc. No. 38); **(2)** the Motion to Dismiss the Amended Complaint by Defendants County of Chester, Maureen Treston, William Mann, Ronald Phillips, and John/Jane Doe correctional officers from the Chester County Prison (collectively, "Chester County Defendant") (Doc. No. 39); and **(3)** the Motion to Dismiss the Amended Complaint by Defendants County of Dauphin, District Attorney Francis Chardo, Sheriff Nicholas Chimenti, Jr., two John Roes from the Dauphin County Sheriff's Office, and John/Jane Doe correctional officers from the Dauphin County Prison (collectively, "Dauphin County Defendants") (Doc. No. 43), and Plaintiff having not filed a response to any of these Motions, it is hereby **ORDERED** that all Motions are **GRANTED** and all claims against all Defendants are **DISMISSED WITH PREJUDICE**.

The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

  /s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG,      J.**